# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHNNA GADOMSKI, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, et al.<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:23-cv-04036-TWT |

## ORDER GRANTING MOTION TO EXTEND DISCOVERY

The parties' Joint Motion to Extend Discovery, having come before this Court, and having considered the same, for good cause shown, it is hereby **ORDERED** that the Joint Motion to Extend Discovery by sixty (60) days, through and including December 1, 2025, is hereby **GRANTED**. All other corresponding deadlines are likewise extended by sixty days (60) days to be consistent with same.

**SO ORDERED**, this  26th  day of  September , 2025.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTICT JUDGE