**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JOHNNA GADOMSKI, et. al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO: |
| | ) | 1:23-cv-04036-TWT |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS ZADY LUNA, CARL MILLER, AND CESAR GONZALEZ'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Zady Luna ("Officer Luna"), Carl Miller ("Officer Miller"), and Cesar Gonzalez ("Officer Gonzalez") (collectively, "the Officers"), Defendants in the above-styled action, and file their Motion for Summary Judgment. In support of this Motion, Defendants rely upon the following:

1. All pleadings and other matters properly before this Court;
2. Defendants Zady Luna, Carl Miller, and Cesar Gonzalez's Brief in Support of Their Motion for Summary Judgment;
3. Defendants Zady Luna, Carl Miller, and Cesar Gonzalez's Statement of Material Facts in Support of Their Motion for Summary Judgment;
4. Exhibit A: Excerpts from Johnna Gadomski's Deposition;

5. Exhibit B: Video, Lieutenant Desmond Floyd's Body-Worn Camera ("BWC") Footage, labeled "Axon_Body_3_Video_2021-09-08_1942_X6039A5KR";
6. Exhibit C: Excerpts from Juan Zapata's Deposition;
7. Exhibit D: Excerpts from Lev Omelchenko's Deposition;
8. Exhibit E: Excerpts from Lieutenant Desmond Floyd's Deposition;
9. Exhibit F: Video, Officer Carl Miller's BWC, labeled "91d-2";
10. Exhibit G: Excerpts from Officer Carl Miller's Deposition;
11. Exhibit H: Video, Omelchenko Footage, labeled "Video of Protest March and Arrest";
12. Exhibit I: Excerpts from Officer Zady Luna's Deposition;
13. Exhibit J: Declaration of Officer Cesar Gonzalez;
14. Exhibit L: Video, Officer Cesar Gonzalez's BWC, labeled "Cesar Gonzalez."

WHEREFORE, Defendants Zady Luna, Carl Miller, and Cesar Gonzalez request this Court grant their Motion for Summary Judgment.

This 30th day of January, 2026.

**CAROTHERS & MITCHELL, LLC**

*/s/ Cullen B. Threlkeld*
THOMAS M. MITCHELL
Georgia Bar No. 513597
CULLEN B. THRELKELD
Georgia Bar No. 669027

1809 Buford Highway
Buford, GA 30518
770-932-3552
770-932-6348 FAX
thomas.mitchell@carmitch.com
cullen.threlkeld@carmitch.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JOHNNA GADOMSKI, et. al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO: |
| | ) | 1:23-cv-04036-TWT |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS ZADY LUNA, CARL MILLER, AND CESAR GONZALEZ'S MOTION FOR SUMMARY JUDGMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Drago Cepar, Jr.
P.O. Box 725192
1900 The Exchange, Suite 4900
Atlanta, GA 30339
dcepar@gmail.com
*Attorney for Plaintiffs*

Karen E. Woodward
Edward B. Greenblat
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000 275 Scientific Drive, Peachtree Corners, GA 30092
kwoodward@cmlawfirm.com
egreenblat@cmlawfirm.com
*Attorneys for Defendants Vendryes and Brayboy*

Nicholas Andrew Kinsley
Phillip Edward Friduss
R. David Ware
W. Blake Walker
Hall Booth Smith, P.C. - ATL
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303
nkinsley@hallboothsmith.com
pfriduss@hallboothsmith.com
dware@hallboothsmith.com
bwalker@hallboothsmith.com
*Attorneys for City of Atlanta and Lt. Desmond Floyd*

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14-point Times New Roman font.

This 30th day of January, 2026.

**CAROTHERS & MITCHELL, LLC**

*/s/ Cullen B. Threlkeld*
THOMAS M. MITCHELL
Georgia Bar No. 513597
MARY T. MINTER
Georgia Bar No. 892497
CULLEN B. THRELKELD
Georgia Bar No. 669027

Attorneys for Defendants Luna, Gonzalez, and Miller

1809 Buford Highway
Buford, GA 30518
770-932-3552
770-932-6348 FAX
thomas.mitchell@carmitch.com
mary.minter@carmitch.com
cullen.threlkeld@carmitch.com