**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOHNNA GADOMSKI, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, et al.<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:23-cv-04036-TWT |

**DEFENDANTS PAUL VENDRYES AND JASON BRAYBOY'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendants Paul Vendryes ("Officer Vendryes") and Jason Brayboy ("Officer Brayboy") and, pursuant to Federal Rule of Civil Procedure 56, files this Motion for Summary Judgment on the ground that there is no genuine issue as to any material fact and Defendants Officers Vendryes and Brayboy are entitled to judgment in their favor as a matter of law.  In support of their Motion, Defendants Officers Vendryes and Brayboy rely on the following:

1. Defendant Officer Vendryes' and Brayboy's accompanying brief in support of this motion;

2. Defendant Officer Vendryes' and Brayboy's Statement of Undisputed Material Facts;

3. Exhibit A: Declaration of Jason Brayboy;

4. Exhibit B: Certified Copy of Atlanta Municipal Code, § 106-81;

5. Exhibit C: Excerpts from Kelsey Smith's Deposition;

1

6.      Exhibit D: Excerpts from Hadar Ben Simon's Deposition;

7.      Exhibit E: Excerpts from Juan Zapata's Deposition;

8.      Exhibit F: Excerpts from Lev Omelchenko's Deposition;

9.      Exhibit G: Excerpts from Lt. Desmond Floyd's Deposition;

10.     Exhibit H: Excerpts from Officer Paul Vendryes' Deposition;

11.     Exhibit I: Excerpts from Officer Jason Brayboy's Deposition;

12.     Exhibit J: Video, Lieutenant Desmond Floyd's Body-Worn Camera ("BWC") Footage, labeled "Axon Body 3 Video 2021-09-08 1942 X6039A5KR;"[1]

13.     Exhibit K: Video, Officer Paul Vendryes' Body-Worn Camera ("BWC") Footage, labeled "39-3;"

14.     Exhibit L: Video, Officer Jason Brayboy's Body-Worn Camera ("BWC") Footage, labeled "54-5;"

15.     Exhibit M: Video, Omelchenko Footage, labeled "Video of Protest March and Arrest;" and

16.     All pleadings of record.

WHEREFORE, Defendants Officers Vendryes and Brayboy respectfully request this Court to grant their Motion for Summary Judgment and dismiss Plaintiffs' Complaints in their entirety.

---

[1] All the above referenced BWC footage will be mailed to the Court on a flash drive. The videos have been cut to include only up until the time Plaintiffs are arrested because the remaining portions of the videos contain numerous incidents of Plaintiffs providing personal identifying information, including their dates of birth. Upon request, Defendants Vendryes and Brayboy will produce the full video files to the Court and would request that the videos be filed under seal. The process of editing the videos to remove only the moments with Plaintiffs' personal identifying information requires a specific computer program and would be costly to obtain.

2

Respectfully submitted, this 12th day February, 2026.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Edward Greenblat*
**Karen E. Woodward**
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial:  404-881-2623
**Edward B. Greenblat**
Georgia Bar No. 482735
Email: egreenblat@cmlawfirm.com
Direct Dial: 678-684-1759
*Attorneys for Defendants Officers Vendryes Brayboy*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

3

# CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 12th day of February, 2026.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP.**


*/s/ Edward Greenblat*

Edward Greenblat
Georgia Bar No. 482735

4

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I have this day I have filed the foregoing **DEFENDANTS PAUL VENDRYES' AND JASON BRAYBOY'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF file and serve system which will serve electronic copies of same upon all counsel of record, as follows:

Drago Cepar, Jr., Esq.
1900 The Exchange, Ste 490
Atlanta, Georgia 30339
dcepar@gmail.com
(*Attorneys for Plaintiffs*)

R. David Ware, Esq.
Phillip E. Friduss, Esq.
Nicholas A. Kinsley, Esq.
HALL BOOTH SMITH, P.C.
(*Attorneys for Defendants City of Atlanta and Lt. Desmond Floyd*)

Thomas M. Mitchell, Esq.
Mary T. Minter, Esq.
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, Georgia 30518
Thomas.mitchell@carmitch.com
Mary.minter@carmitch.com
(*Attorneys for Defendants Luna, Gonzalez, and Miller*)

This 12th day of February, 2026.

**Cruser, Mitchell, Novitz, Sanchez,
Gaston & Zimet, LLP.**

*/s/ Edward Greenblat*
Edward Greenblat
Georgia Bar No. 482735

5

4910-3965-5567, v. 2