**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOHNNA GADOMSKI, HADAR BEN SIMON, KELSEY SMITH, JUAN ZAPATA and LEV OMELCHENKO,
Plaintiffs,

vs.

CITY OF ATLANTA, LIEUTENANT DESMOND FLOYD *in his individual capacity*, OFFICER ZADY LUNA *in his individual capacity*, OFFICER PAUL VENDRYES *in his individual capacity*, OFFICER JASON BRAYBOY *in his individual capacity*, OFFICER CESAR GONZALEZ and OFFICER CARL MILLER *in his individual capacity*,
Defendants.

CIVIL ACTION FILE

NO. 1:23-cv-04036-TWT

**JUDGMENT**

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendants' Motions for Summary Judgment, and the court having granted said motions, it is

**Ordered and adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action; and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 6th day of August, 2026.

KEVIN P. WEIMER CLERK
OF COURT

By: s/Traci Clements Campbell
Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
August 6, 2026
Kevin P. Weimer Clerk
of Court

By: s/Traci Clements Campbell
Deputy Clerk